IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHANTE J. COLLINS : CIVIL ACTION
:
vs. :
:
NANCY BERRYHILL, Acting : NO. 16-6290
Commissioner of the :
Social Security Administration :

**O R D E R**

**AND NOW**, this 22nd day of June, 2017, upon consideration of the plaintiff's request for review and defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and plaintiff's objections thereto, **IT IS ORDERED** that:

1. Plaintiff's objections to the Report and Recommendation are **OVERRULED**;

2. the Report and Recommendation is **APPROVED** and **ADOPTED**;

3. the Plaintiff's Request for Review is **DENIED**; and

4. Judgment is entered in favor of defendant and against plaintiff.

BY THE COURT:

/Robert F. Kelly
ROBERT F. KELLY,     Sr. J.